UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO FRANCISCO NUNEZ, *individually and on behalf of others similarly situated*,<br><br>          Plaintiff,<br><br>    v.<br><br>RENT TO COPY INC. (DBA Integrated Document Solutions "IDS") ,<br><br>          Defendant. | **OFFER OF JUDGMENT TO PABLO FRANCISCO NUNEZ PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>1:22-cv-00897-BMC |

TO: Lina Stillman, Esq
   Stillman Legal, P.C
   42 Broadway, 12th Floor
   New York NY 10004
   212-832-1000
   LS@StillmanLegalPC.com

  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant RENT TO COPY INC ("Defendant") hereby offers to allow judgment to be taken against it, by PABLO FRANCISCO NUNEZ ("Plaintiff") in the above-captioned action in the total sum of Sixteen thousand Seven Hundred and Fifty Dollars and No Cents ($16,750.00), inclusive of reasonable attorneys' fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendant RENT TO COPY INC. (DBA Integrated Document Solutions "IDS") arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

  This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or

omissions of Defendants as to RENT TO COPY INC. (DBA Integrated Document Solutions "IDS") in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants RENT TO COPY INC. (DBA Integrated Document Solutions "IDS"), that Plaintiff has suffered any damages.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

In the event that Defendant RENT TO COPY INC. (DBA Integrated Document Solutions "IDS") is without the assets to immediately pay for this judgment, Plaintiff may submit a claim for this judgment should Defendant's assets be liquidated and distributed during a bankruptcy proceeding.

Dated: October 24, 2022

        Respectfully submitted,

        _____/s/_____
        Steven R. Fairchild
        Fairchild Law, LLC
        170 Parkside Avenue, 3F
        Brooklyn, NY 11226
        steve@fairchildlegal.com
        *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO FRANCISCO NUNEZ, *individually and on behalf of others similarly situated*,<br><br>          Plaintiff,<br><br>     v.<br><br>RENT TO COPY INC. (DBA Integrated Document Solutions "IDS") ,<br><br>          Defendant. | **JUDGMENT PURSUANT TO RULE 68**<br><br>1:22-cv-00897-BMC |

  **WHEREAS,** on February 17, 2022 PABLO FRANCISCO NUNEZ ("Plaintiff") filed this action alleging violations of the Fair Labor Standards Act and New York Labor law.

  **WHEREAS,** on October 24, 2022 pursuant to Fed. R. Civ. P. 68, Defendant served on the Plaintiff an Offer of Judgment in favor of Plaintiff and

  **WHEREAS,** on November 1, 2022 Plaintiff accepted Defendants's offer

  **NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

  1. Defendant RENT TO COPY INC. (DBA Integrated Document Solutions "IDS") is liable to Plaintiff the total sum of Sixteen thousand Seven Hundred and Fifty Dollars and No Cents ($16,750.00), pursuant to the Rule 68 Offer of Judgment.

  2. Both parties shall be responsible for their own attorneys' fees.

  3. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising

out of the alleged acts or omissions of Defendant RENT TO COPY INC. (DBA Integrated Document Solutions "IDS") in connection with the facts and circumstances that are the subject of this action.

4. The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by Defendant, or an official, employee, or agent of the Defendant, or any agency thereof; nor is it an admission that plaintiff has suffered any damages Acceptance of the offer of judgment has acted to release and discharge Defendant RENT TO COPY INC. (DBA Integrated Document Solutions "IDS") from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of the offer of judgment has waived Plaintiff's rights to any claim for interest on the amount of the judgment against RENT TO COPY INC. (DBA Integrated Document Solutions "IDS") only.

SO ORDERED

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO FRANCISCO NUÑEZ, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>RENT TO COPY INC. (DBA Integrated )<br>Document Solutions "IDS") jointly and )<br>severally, )<br>)<br>*Defendants*. )<br>)<br>)<br>) | **Civil Case No.: 1:22-cv-00897-BMC**<br><br>**ACCEPTANCE OF RULE 68 OFFER** |

To: Steven R. Fairchild

Fairchild Law, LLC

170 Parkside Avenue, 3F Brooklyn NY 11226

E: steve@fairchildlegal.com

Attorneys for Defendant

## **PLAINTIFF'S MOTION TO ENTER JUDGMENT PURSUANT TO DEFENDANT'S RULE 68 OFFER OF JUDGMENT**

NOW COMES Plaintiff PABLO FRANCISCO NUÑEZ by his attorneys Stillman Legal PC., and for his Motion to Enter Judgment Pursuant to Defendant's Rule 68 Offer of Judgment states as follows:

1. On February 17, 2022 Plaintiff filed his complaint styled as *Nunez v. Rent to Copy Inc* 22-cv-00897-BMC.

2. On October 24, 2022, Defendant served its Rule 68 Offer of Judgment on Plaintiff via email and ECF. Defendant's Offer of Judgement stated that judgment shall be entered in the amount of $16,750 for Plaintiff's damages. Defendant's Offer of Judgment further stated that judgment shall be entered against Defendant for reasonable fees and costs incurred in prosecuting Plaintiff's Complaint.

3. On November 1st, 2022, Plaintiff's counsel served, via e-mail, a copy of Plaintiff's e-filed Notice of Acceptance of Defendant's Rule 68 Offer of Judgment and certificate of service

4. On November 1st Plaintiff timely filed his acceptance of Defendant's Rule 68 Offer of Judgment with respect to all Counts of the operative complaint or with this Court via its CM/ECF electronic filing system under that same case number.

5. Fed. R. Civ. P. Rule 68(a) states:

> **(a) Making an Offer; Judgment on an Accepted Offer.**
>
> **At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.**

6. Therefore, upon filing the acceptance of the offer and notice of acceptance plus proof of service, judgment is to be entered.

7. Plaintiff has filed his acceptance of the offer, notice of the acceptance and proof of service.

8. Based on the foregoing, pursuant to Defendant's accepted Rule 68 Offer of Judgment, Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff in the amount of $16,750 for Plaintiff's damages including attorneys' fees and costs.

WHEREFORE, based on the foregoing, Plaintiff, Nuñez through his counsel, respectfully requests that this court enter judgment in favor of Plaintiff in the amount of $16,750 for Plaintiff's damages plus reasonable attorney's fees and costs pursuant to Defendant's accepted Rule 68 Offer of Judgment

By: s/ Lila Stillman

Steven R. Fairchild
Fairchild Law, LLC
170 Parkside Avenue, 3F Brooklyn NY 11226
E: steve@fairchildlegal.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I, Lina Stillman, an attorney, certify that I shall cause to be served a copy of the foregoing document in this case that will be served via the method stated below, upon the following on November 1st, 2022

| | | |
|---|---|---|
| __X__ | CM/ECF | **Steven R. Fairchild**<br>Fairchild Law, LLC<br>170 Parkside Avenue, 3F Brooklyn NY 11226<br>E: steve@fairchildlegal.com<br>Attorneys for Defendant |
| _____ | USPS Mail | |

By: /s/ Lina Stillman