UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO FRANCISCO NUNEZ, *individually and on behalf of others similarly situated*,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>RENT TO COPY INC. (DBA Integrated Document Solutions "IDS") ,<br>　　　　　　　　　　　　Defendant. | **JUDGMENT PURSUANT TO RULE  68**<br><br> 1:22-cv-00897-BMC |

**WHEREAS,** on February 17, 2022 PABLO FRANCISCO NUNEZ ("Plaintiff") filed this action alleging violations of the Fair Labor Standards Act and New York Labor law.

**WHEREAS,** on November 1, 2022 pursuant to Fed. R. Civ. P. 68, Defendant served on the Plaintiff an Offer of Judgment in favor of Plaintiff and

**WHEREAS,** on November 1, 2022 Plaintiff accepted Defendants's offer

**NOW, THEREFORE, IT IS HEREBY ORDERED and ADJUDGED THAT:**

1.　Defendant is liable to Plaintiff the total sum of Sixteen thousand Seven Hundred and Fifty Dollars and No Cents ($16,750.00), pursuant to the Rule 68 Offer of Judgment.

2.　Both parties shall be responsible for their own attorneys' fees..

3.　This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendant or any official, employee,  or agent, either past or present, of Defendants or any agency thereof, in connection with the

facts and circumstances that are the subject of this action.

4. The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by Defendant, or an official, employee, or agent of the Defendant, or any agency thereof; nor is it an admission that plaintiff Pizarro has suffered any damages Acceptance of the offer of judgment has acted to release and discharge Defendant RENT TO COPY INC. (DBA Integrated Document Solutions "IDS") ,; their successors or assigns; and all past and present officials, employees, representatives, and agents of the Defendant RENT TO COPY INC. (DBA Integrated Document Solutions "IDS"), or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of the offer of judgment has waived Plaintiff's rights to any claim for interest on the amount of the judgment against RENT TO COPY INC. (DBA Integrated Document Solutions "IDS").

Dated: Brooklyn, New York
November 2, 2022

BRENNA B. MAHONEY
CLERK OF COURT

BY: *Jalitza Poveda*
Deputy Clerk